

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 10, 2025

**Via ECF**
Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    ***Williams v. United States of America, et al.,*** **No. 24-cv-08212-PKC**

Dear Judge Castel:

      This Office represents the United States of America (the "Government") in this action brought by Plaintiff Robert Williams under the Federal Tort Claims Act.

      I write respectfully to request that the initial pretrial conference currently scheduled for January 17, 2025, be adjourned until a date convenient for the Court after the Government's answer is due. This Office was not served with the Complaint until January 8, 2025.[1] As a result, the Government's answer is not due until March 10, 2025. *See* Fed. R. Civ. P. 12(a)(2) (providing that the Government's deadline to answer is "60 days after service on the United States attorney"); *see also* Fed. R. Civ. P. 4(i)(1). This is the Government's first request to adjourn the initial pretrial conference, and Plaintiff consents to the request.

      I thank the Court for its consideration of this matter.

Conference Adjourned
From: January 17, 2025
To: March 28, 2025 at 10 a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 1-14-25

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney for the
Southern District of New York

By:    /s/ Mark Osmond
      MARK OSMOND
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.: (212) 637-2713
      E-mail: mark.osmond@usdoj.gov

---

[1] Plaintiff's position is that service was effectuated on November 21, 2024, citing affidavits of service (Dkt. No. 10). The Government has advised Plaintiff that the affidavits reflect service on Spencer Lucas, who is an employee of the FBI, not this Office. Plaintiff has stated that he has no knowledge of Mr. Lucas's employer but has relied on the address for service provided on Pacer and listed on the United States Attorney's Office website as "Main Office and Criminal Division" (https://www.justice.gov/usao-sdny, last visited January 10, 2025). In any event, Plaintiff does not object to allowing the Government to answer on March 10, 2025.